UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,  Case No. 19-cr-319 (ECT/TNL)

Plaintiff,

v.  **ORDER**

Maria Candelaria Zambrano Zavala (1),
and
Humberto Rangel-Torres (2),

Defendants.

This matter comes before the Court on Defendant Humberto Rangel-Torres's Motion for an Extension of Time to File Pretrial Motions (ECF No. 34) and Motion and Statement of Facts in Support of Motion to Exclude Time Under the Speedy Trial Act (ECF No. 36) as well as Defendant Maria Candelaria Zambrano Zavala's Motion to Exclude Time Under the Speedy Trial Act (ECF No. 38) and Statement of Facts in Support of Motion to Exclude Time Under the Speedy Trial Act (ECF Nos. 37, 39). Defendants request that the motions-filing date be extended by two weeks due to the voluminous discovery produced by the Government in this matter. (ECF Nos. 34 at 1-2, 36 at 1-2, 37 at 1, 39 at 1.) Defendants also request a continuance of the motion hearing presently set for February 11, 2020. (ECF Nos. 34 at 2, 37 at 1-2, 39 at 1-2.) The Government has no objection to the requested extension. (ECF Nos. 34 at 1, 36 at 2, 38 at 1.)

Pursuant to 18 U.S.C. § 3161(h), this Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and Defendants in a

1

speedy trial and such continuance is necessary to provide Defendants and their attorneys reasonable time necessary for effective preparation and to make efficient use of the parties' resources. Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant Humberto Rangel-Torres's Motion for an Extension of Time to File Pretrial Motions (ECF No. 34) and Motion and Statement of Facts in Support of Motion to Exclude Time Under the Speedy Trial Act (ECF No. 36) are **GRANTED**.

2. Defendant Maria Candelaria Zambrano Zavala's Motion to Exclude Time Under the Speedy Trial Act (ECF No. 38) is **GRANTED**.

3. The period of time from **January 20 through March 9, 2020**, shall be excluded from Speedy Trial Act computations in this case. *See United States v. Mallett*, 751 F.3d 907, 911 (8th Cir. 2014) ("Exclusions of time attributable to one defendant apply to all codefendants." (quotation omitted)); *United States v. Arrellano-Garcia*, 471 F.3d 897, 900 (8th Cir. 2006) (same).

4. All motions in the above-entitled case must be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **February 14, 2020**. D. Minn. LR 12.1(c)(1). Two courtesy copies of all motions and responses must be delivered directly to the chambers of Magistrate Judge Leung.[1]

5. **Counsel must electronically file a letter on or before February 14, 2020, if no motions will be filed and there is no need for hearing**.

---

[1] U.S. Mail or hand-deliver to 300 South Fourth Street, Chambers 9W, Minneapolis, MN 55415.

6. All responses to motions must be filed by **February 28, 2020**. D. Minn. LR 12.1(c)(2).

7. Any Notice of Intent to Call Witnesses must be filed by **February 28, 2020**. D. Minn. LR. 12.1(c)(3)(A).

8. Any Responsive Notice of Intent to Call Witnesses must be filed by **March 4, 2020**. D. Minn. LR 12.1(c)(3)(B).

9. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

    a. The Government makes timely disclosures and a Defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

    b. Oral argument is requested by either party in its motion, objection or response pleadings.

10. If required, the motions hearing must be heard before Magistrate Judge Tony N. Leung on **March 9, 2020**, at **9:00 a.m.**, in **Courtroom 9W**, Diane E. Murphy U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota. D. Minn. LR 12.1(d).

11. **TRIAL:**

    a. **IF NO PRETRIAL MOTIONS ARE FILED BY DEFENDANTS, the following trial and trial-related dates are:**

        Counsel should submit two hard copies of trial briefs, voir dire, proposed jury instructions, exhibit and witness lists, and trial-related motions (including motions in limine) to District Judge Eric C. Tostrud's chambers on or before **a date and time to be determined**. In addition, counsel should email the proposed jury instructions and exhibit and witness lists to: tostrud_chambers@mnd.uscourts.gov

        Judge Tostrud will hold a final pretrial on **a date and time to**

**be determined** in Courtroom 3B, U.S. Courthouse, 3016 North Robert Street, St. Paul, Minnesota.

This case must commence trial on **a date and time to be determined** before District Judge Tostrud in Courtroom 3B, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, **SAINT PAUL**, Minnesota.

b. **IF PRETRIAL MOTIONS ARE FILED, the trial date, and other related dates, will be rescheduled following the ruling on pretrial motions. Counsel must contact the Courtroom Deputy for District Judge Tostrud to confirm the new trial date.**

Date: January__30__, 2020                                    *s/ Tony N. Leung*
                                                             Tony N. Leung
                                                             United States Magistrate Judge
                                                             District of Minnesota


*United States v. Zambrano Zavala et al.*
Case No. 19-cr-319 (ECT/TNL)